

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00120-CR

| | | |
|---|---|---|
| Joshua Shamar Sneed a/k/a Joshua S Sneed | § | From the 372nd District Court |
| | § | of Tarrant County (1236615D) |
| | § | August 22, 2013 |
| v. | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM